FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 NOV 17  A 11:08

CLERK *L. LaVictoire*
SO. DIST. OF GA.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK AND WAYCROSS DIVISIONS

| | |
|---|---|
| THOMAS EDWARD HALL, | CIVIL ACTION NO.: CV290-605 |
| FELTON CULLEN WILLIAMS, | CV590-258 |
| ROBERT STANLEY GRIFFIN, | CV590-262 |
| RICHARD LAMAR CARTER, | CV590-267 |
| BOBBY R. ALLEN, | CV590-269 |
| LYMAN M. GUY, JR., | CV590-270 |
| DAVID GREGORY STEVERSON, | CV590-272 |
| GEORGE HOWELL, | CV590-273 |
| JAMES GRIFFIN, SR., | CV590-274 |
| IDAS RAY SMITH, | CV590-276 |
| HAROLD BAXLEY, | CV590-277 |
| VERNON CHARLES SMITH, | CV590-278 |
| THOMAS K. HARRIS, | CV590-280 |
| JACK TARPLEY, | CV590-281 |
| GLORIA BUTLER, | CV591-005 |
| DANNY KIRKLAND, | CV591-019 |
| ROBERT ROLLINS, | CV597-076 |
| Plaintiffs, | |
| v. | |
| CSX TRANSPORTATION, INC., | |
| Defendant. | |

### ORDER

Defendant has filed a Motion in *Limine* to Exclude Coworker Testimony. Plaintiffs have filed a response. After review, Defendant's Motion in *Limine* is **DENIED**. However, counsel for Plaintiffs is directed to make available for deposition, prior to December 1, 2005, any co-worker of any Plaintiff whose testimony will be offered at trial.

**SO ORDERED**, this 17th day of November, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)